**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| DAVID J. JACKSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 12-05110-CV-SW-BP |
| | ) | |
| OLD EPT, LLC a/k/a EAGLEPICHER | ) | |
| TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

_____   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

___X____   **Decision by  Court.**  This action has come before the Court as a briefed matter and a decision has been rendered.


ORDER Defendant's Motion for Partial Reconsideration, (Doc. 140.), is **GRANTED**.

Defendant's Motion for Summary Judgment, (Doc. 122), is **GRANTED**.  Plaintiffs' Motion for

Partial Summary Judgment, (Doc. 124), is **DENIED**.  This case is hereby **DISMISSED with**

**prejudice**.


Dated  : 12/8/2014

/s/AnnThompson
 Clerk of Court

/s/ K. McIlvain
Deputy Clerk